*R 149656 CK 3021   $47.56*

FILED
2010 JAN 12 PM 2: 16
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 08-14127
)
Daniel J. Folds ) Chapter 7
Linda A. Folds )
) Judge Randolph Baxter
Debtors )

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3021 in the amount of $47.56, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **Alltel Communication**<br>1 Allied Drive Bld. 4 Floor 3<br>Little Rock, AR 72202 | 12 | $1,167.67 | $ 47.56 |

Dated: January 11, 2010

/s/ Sheldon Stein
Sheldon Stein, Trustee

cc: United States Truste08-20150